IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                            CIVIL ACTION NO. 1:20-cv-378-HSO-JCG

SIXTEEN FIREARMS, AND
5,803 ROUNDS OF ASSORTED
AMMUNITION                                                                DEFENDANT PROPERTY

## DEFAULT JUDGMENT OF FORFEITURE

Before the Court is Plaintiff United States of America's Motion for Default Judgment of Forfeiture [10]. Having considered the Motion and the relevant authorities, the Court finds that the relief the United States seeks should be granted. The Court further finds and adjudicates as follows:

1.  On December 23, 2020, the United States filed a Verified Complaint for Forfeiture *in Rem* [1] and sought forfeiture of the following firearms, parts, and ammunition:

| 20-ATF-023736 | Savage B22 Rifle CAL: .22 SN:3319016 |
|---|---|
| 20-ATF-023737 | 1 Rounds CCI Ammunition CAL: .22 |
| 20-ATF-023739 | Chongqing Jianshe Machinery Co. LTD. (EMEI) JTS-12 Shotgun CAL: 12ga SN: EM17064086 |
| 20-ATF-023741 | Rock River Arms, INC LAR 15 Rifle CAL: 5.56mm SN: CM231900 |
| 20-ATF-023742 | 20 Rounds Hornady Ammunition CAL: .223 |
| 20-ATF-023746 | Howa 1500 Rifle CAL: .22-250 SN: B176265 |

| | |
|---|---|
| 20-ATF-023747 | Ruger 10/22 Rifle CAL: .22 SN: 240-71892 |
| 20-ATF-023749 | Norinco (North China Industries) MAK91 Rifle CAL: 7.62mm SN: NM9304278 |
| 20-ATF-023750 | 5 Rounds Wolf Ammunition CAL: 7.62mm |
| 20-ATF-023751 | Browning Gold Hunter Shotgun CAL: 12ga SN: 113MW04119 |
| 20-ATF-023752 | Spike's Tactical LLC ST15 Rifle CAL: Multi SN: LT021087 |
| 20-ATF-023753 | 1 Rounds Hornady Ammunition CAL: .450 |
| 20-ATF-023754 | Anderson Manufacturing AM-15 Receiver/Frame CAL: Multi SN: 18253755 |
| 20-ATF-023755 | HS PRODUCTS (IM METAL) XDS Pistol CAL: .45 SN: XS674902 |
| 20-ATF-023756 | 7 Rounds Hornady Ammunition CAL: .45 |
| 20-ATF-023758 | Glock Inc. 42 Pistol CAL: .380 SN: ACMV944 |
| 20-ATF-023759 | 6 Rounds Winchester-Western Ammunition CAL: .380 |
| 20-ATF-023761 | Ruger SR1911 Revolver CAL: .45 SN: 670-16650 |
| 20-ATF-023762 | Harrington & Richardson 1871 Inc. 929 Revolver CAL: .22 SN:AM38584 |
| 20-ATF-023763 | Ruger Standard Pistol CAL: .22 SN:14-73101 |
| 20-ATF-023765 | 8 Rounds Remington Ammunition CAL: .22 |
| 20-ATF-023767 | Bond Arms Inc. Snake Slayer Derringer CAL: .45/410ga SN: 88655 |
| 20-ATF-023769 | North American Arms NAA22 Revolver CAL: .22 SN: E169265 |
| 20-ATF-023771 | 4 Rounds CCI Ammunition CAL: .22 |
| 20-ATF-023773 | 5 Rounds Hornady Ammunition CAL: .45 |

| 20-ATF-023776 | 40 Rounds HORNADY Ammunition CAL: .450 |
| --- | --- |
| 20-ATF-023777 | 85 Rounds Winchester-Western Ammunition CAL: 12ga |
| 20-ATF-023779 | 400 Rounds Assorted Ammunition CAL: 7.62mm |
| 20-ATF-023782 | 44 Rounds Aguila Ammunition CAL: .22 |
| 20-ATF-023784 | 991 Rounds Assorted Ammunition CAL: Multi |
| 20-ATF-023786 | 647 Rounds Assorted Ammunition CAL: Multi |
| 20-ATF-023789 | 499 Rounds Assorted Ammunition CAL: Multi |
| 20-ATF-023790 | 396 Rounds Assorted Ammunition CAL: Multi |
| 20-ATF-023793 | 2538 Rounds Assorted Ammunition CAL: .22 |
| 20-ATF-023794 | 70 Rounds Federal Ammunition CAL: 12ga |
| 20-ATF-023965 | 36 ounds Aguila Ammunition CAL: .22 |

seized from Justin Burrell (the "Defendant Property"). The complaint alleges that the Defendant Property is subject to forfeiture under 18 U.S.C. § 924(d)(1).

2.   On December 30, 2020, the Court issued a Warrant of Arrest *in Rem* [4]. On January 4, 2021, the Clerk's Office entered the executed Warrant of Arrest *in Rem* [5] to the docket.

3.   Under Rule G(4)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States mailed direct, written notice of this instant civil asset forfeiture action against the

Defendant Property, including copies of the Verified Complaint for Forfeiture *in Rem* [1] and Notice of Complaint for Forfeiture [2], to all potential claimants reasonably known to the United States, as evidenced by the United States' Proof of Service [7], filed with this Court on March 12, 2021.

    4.    Beginning on January 7, 2021, the United States published for thirty (30) consecutive days on an official government internet website at www.forfeiture.gov notice of this instant civil asset forfeiture action against the Defendant Property, as evidenced by the Proof of Publication [6] filed in this cause on March 12, 2021.

    5.    The aforementioned publication and direct notices informed Justin Burrell and all other persons or entities, known or unknown, having or claiming an interest in the Defendant Property that the Defendant Property had been arrested and that this instant civil forfeiture action was pending. The publication and direct notices also informed said persons and entities that any persons or entities having or claiming an interest in the Defendant Property had at least thirty-five (35) days after the plaintiff mailed its written, direct notice, or sixty (60) days after the first publication of notice on an official government website, to file a claim and twenty (20) days after filing such claim to file an answer. Furthermore, the notice referred any such persons or entities to Rule G(5) of the Supplemental Rules of Admiralty and Maritime Claims and

Asset Forfeiture Actions, and warned that if this Supplemental Rule were not strictly followed, the Court could strike any claim and answer and enter default judgment of forfeiture or summary judgment against any improperly claimed interest in the Defendant Property.

6. The United States took all reasonable measures to ensure that Justin Burrell and all other possible claimants received such notice in a timely fashion.

7. As of this date, no claims, answers, or appearances in this cause to assert an interest in the Defendant Property, or to otherwise defend against this instance forfeiture action, have been filed by Justin Burrell or any other person or entity. Thus, the time for Justin Burrell or any other person or entity to file a valid claim or answer in this action has lapsed pursuant to Rule G of the Supplemental Rules of Admiralty and Maritime Claims and Asset Forfeiture Actions.

8. As such, Justin Burrell and all other possible claimants are in total default; the Clerk of Court's March 15, 2021, Entry of Default [9] was proper; and the United States is entitled to a default judgment of forfeiture against the full interests of Justin Burrell and all other persons and entities in the Defendant Property, all without the necessity of further notice to Justin Burrell or any other person or entity.

**IT IS, THEREFORE, ORDERED AND ADJUDGED THAT:**

a. The United States of America is hereby given a default judgment of forfeiture against the full interests of Justin Burrell and all other person and entities in the Defendant Property firearms, parts, and ammunition, listed above;

b. Any administrative claims or interests therein of any entities or persons, and any other possible claimant are hereby canceled;

c. The Defendant Property is referred to the custody of United States Marshals Service for disposition in accordance with the relevant law and regulations.

**SO ORDERED AND ADJUDGED**, this the 16th day of March, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE